UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                        CASE NO. 8:15-cr-264-T-23EAJ

FRED JOSEPH TURNER and
ROSETTA VALERIE CANNATA

## GOVERNMENT'S WITNESS LIST

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. DEA Group Supervisor Mark Meeks
2. DEA Special Agent Jennifer Jackson
3. DEA Special Agent John Francolla
4. DEA Special Agent Brian Zdrojewski
5. DEA Task Force Officer John Evans
6. DEA Task Force Officer Bruce Hernandez
7. DEA Task Force Officer Wilberto Torres
8. ATF Special Agent Michael Gonzalez
9. USBP Officer Darlene Price
10. CCSO Officer Ron Flipowicz

11. PCSO Investigator Jennifer DiPietro

12. TPD Detective Amy Evans

13. Financial Investigator Dianne Knott

14. Mark Rubenstein, M.D.

15. Todd Smith, R.N.

16. Holly Benge

17. Stephanie Connell

18. James Douglas

19. Terry Dyer

20. Thomas Einsmann

21. Amanda Hammon

22. Mary Iglesias

23. Nicole Jones

24. Karl Schultz

25. William Sharpe

26. Craig Skiver

27. Susan Troncoso

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

                        Respectfully submitted,

                        W. STEPHEN MULDROW
                        Acting United States Attorney

By:  */s/ Carlton C. Gammons*
      CARLTON C. GAMMONS
      Assistant United States Attorney
      Florida Bar Number 85903
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone: (813) 274-6000
      Facsimile: (813) 274-6358
      Email: Carlton.Gammons@usdoj.gov

U.S. v. Turner, et al.                                    Case No. 8:15-cr-264-T-23EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alex R. Stavrou, Esq.
Mark E. Pena, Esq.

*/s/ Carlton C. Gammons*
CARLTON C. GAMMONS
Assistant United States Attorney
Florida Bar Number 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Carlton.Gammons@usdoj.gov