UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,          Case No. 8:15-cr-264-T-23AAS

    Plaintiff,  ☐
    Government ☒          ☐ Evidentiary
                                        ☒ Trial
v.                                    ☐ Other

FRED JOSEPH TURNER and
ROSETTA VALERIE CANNATA

    Defendant   ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| **UNDERCOVER PATIENT FILES** | | | | |
| 1 | | | Task Force Officer Bruce Hernandez | Patient File: Detective Amy Evans |
| 2 | | | Task Force Officer Bruce Hernandez | Patient File: Task Force Officer John Evans |
| 3 | | | Task Force Officer Bruce Hernandez | Patient File: Special Agent Jennifer Jackson |
| 4 | | | Task Force Officer Bruce Hernandez | Patient File: Task Force Officer Wilberto Torres |
| 5 | | | Task Force Officer Bruce Hernandez | Patient File: Special Agent Brian Zdrojewski |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **PATIENT FILES AND** <br> **DRIVER AND VEHICLE INFORMATION DATABASE (DAVID) PHOTOGRAPHS** ||||| 
| 6A  | | | Task Force Officer Bruce Hernandez | DAVID Photograph: J.E.B. |
| 6B  | | | Task Force Officer Bruce Hernandez | Patient File: J.E.B. |
| 7A  | | | Task Force Officer Bruce Hernandez | DAVID Photograph: K.M.B. |
| 7B  | | | Task Force Officer Bruce Hernandez | Patient File: K.M.B. |
| 8A  | | | Task Force Officer Bruce Hernandez | DAVID Photograph: H.C.B. |
| 8B  | | | Task Force Officer Bruce Hernandez | Patient File: H.C.B. |
| 9A  | | | Task Force Officer Bruce Hernandez | DAVID Photograph: C.B.B. |
| 9B  | | | Task Force Officer Bruce Hernandez | Patient File: C.B.B. |
| 10A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: S.N.C. |
| 10B | | | Task Force Officer Bruce Hernandez | Patient File: S.N.C. |
| 11A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: J.L.D. |
| 11B | | | Task Force Officer Bruce Hernandez | Patient File: J.L.D. |
| 12A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: T.D.D. |
| 12B | | | Task Force Officer Bruce Hernandez | Patient File: T.D.D. |
| 13A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: S.L.F. |
| 13B | | | Task Force Officer Bruce Hernandez | Patient File: S.L.F. |
| 14A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: A.J.H. |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 14B | | | Task Force Officer Bruce Hernandez | Patient File: A.J.H. |
| 15A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: M.L.I. |
| 15B | | | Task Force Officer Bruce Hernandez | Patient File: M.L.I. |
| 16A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: J.D.K. |
| 16B | | | Task Force Officer Bruce Hernandez | Patient File: J.D.K. |
| 17A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: A.M.M. |
| 17B | | | Task Force Officer Bruce Hernandez | Patient File: A.M.M. |
| 18A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: A.L.M. |
| 18B | | | Task Force Officer Bruce Hernandez | Patient File: A.L.M. |
| 19A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: C.M.S. |
| 19B | | | Task Force Officer Bruce Hernandez | Patient File: C.M.S. |
| 20A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: W.W.S. |
| 20B | | | Task Force Officer Bruce Hernandez | Patient File: W.W.S. |
| 21A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: W.H.S. |
| 21B | | | Task Force Officer Bruce Hernandez | Patient File: W.H.S. |
| 22A | | | Task Force Officer Bruce Hernandez | DAVID Photograph: C.J.S. |
| 22B | | | Task Force Officer Bruce Hernandez | Patient File: C.J.S. |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| | | **BUSINESS RECORDS AND SUMMARIES** | | |
| 30 | | | F.R.E. 902(11) | Bank Records: Wells Fargo Account Number #7662 |
| 31 | | | F.R.E. 902(11) | Bank Records: Wells Fargo Account Number #7662 |
| 32 | | | F.R.E. 902(11) | Bank Records: Wells Fargo Account Number #1953 |
| 33 | | | F.R.E. 902(11) | Bank Records: Wells Fargo Account Number #4108 |
| 34 | | | F.R.E. 902(11) | Bank Records: BMO Harris Account Number #8459 |
| 35 | | | Financial Investigator Diane Knott | Summary Exhibit: Percentage of Cash to Business Deposits |
| 36 | | | Financial Investigator Diane Knott | Wells Fargo Account Number #7662 Deposit and Withdrawal Spreadsheet |
| 37 | | | Financial Investigator Diane Knott | Wells Fargo Account Number #1953 Deposit and Withdrawal Spreadsheet |
| 38 | | | Financial Investigator Diane Knott | BMO Harris Account Number #8459 Deposit and Withdrawal Spreadsheet |
| 39 | | | Financial Investigator Diane Knott | Wells Fargo Account Number #4108 Deposit and Withdrawal Spreadsheet |
| 40 | | | Financial Investigator Diane Knott | Summary Exhibit: Percentage of Deposits Attributable to Cash and Direct Deposits from Gulfshore Pain and Wellness Centre |
| 41 | | | Financial Investigator Diane Knott | Summary Exhibit: Mortgage Payment for Collier County Property Attributable to Gulfshore Pain and Wellness Centre |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| **UNDERCOVER AUDIO/VIDEO RECORDINGS AND TRANSCRIPTS, AND CORRESPONDING PRESCRIPTIONS** | | | | |
| 100 | | | Detective Amy Evans | Audio Recording: May 12, 2015<br>Detective Evans appointment with Fred Turner and Rosetta Cannata |
| 100A | | | Detective Amy Evans | Audio Transcript: May 12, 2015<br>Detective Evans appointment with Fred Turner and Rosetta Cannata |
| 100B | | | Detective Amy Evans | Photographs: May 12, 2015<br>Detective Evans Prescriptions |
| 101 | | | Task Force Officer John Evans | Audio Recording: January 20, 2015<br>Task Force Officer Evans appointment with Fred Turner and Rosetta Cannata |
| 101A | | | Task Force Officer John Evans | Audio Transcript: January 20, 2015<br>Task Force Officer Evans appointment with Fred Turner and Rosetta Cannata |
| 101B | | | Task Force Officer John Evans | Photographs: January 20, 2015<br>Task Force Officer Evans Prescriptions |
| 102 | | | Task Force Officer John Evans | Audio Recording: February 17, 2015<br>Task Force Officer Evans appointment with Fred Turner and Rosetta Cannata |
| 102A | | | Task Force Officer John Evans | Audio Transcript: February 17, 2015<br>Task Force Officer Evans appointment with Fred Turner and Rosetta Cannata |
| 102B | | | Task Force Officer John Evans | Photographs: February 17, 2015<br>Task Force Officer Evans Prescriptions |
| 103 | | | Task Force Officer John Evans | Video Recording: March 10, 2015<br>Task Force Officer Evans appointment with Fred Turner and Rosetta Cannata |
| 103A | | | Task Force Officer John Evans | Video Transcript: March 10, 2015<br>Task Force Officer Evans appointment with Fred Turner and Rosetta Cannata |

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 103B | | | Task Force Officer John Evans | Photographs: March 10, 2015 Task Force Officer Evans Prescriptions |
| 104 | | | Task Force Officer John Evans | Audio Recording: April 7, 2015 Task Force Officer Evans appointment with Fred Turner |
| 104A | | | Task Force Officer John Evans | Audio Transcript: April 7, 2015 Task Force Officer Evans appointment with Fred Turner |
| 104B | | | Task Force Officer John Evans | Photographs: April 7, 2015 Task Force Officer Evans Prescriptions |
| 105 | | | Task Force Officer John Evans | Audio Recording: May 12, 2015 Task Force Officer Evans' appointment with Fred Turner |
| 105A | | | Task Force Officer John Evans | Audio Transcript: May 12, 2015 Task Force Officer Evans appointment with Fred Turner |
| 105B | | | Task Force Officer John Evans | Photographs: May 12, 2015 Task Force Officer Evans Prescriptions |
| 106 | | | Special Agent Jennifer Jackson | Video Recording: April 7, 2015 Special Agent Jackson appointment with Fred Turner |
| 106A | | | Special Agent Jennifer Jackson | Video Transcript: April 7, 2015 Special Agent Jackson appointment with Fred Turner |
| 106B | | | Special Agent Jennifer Jackson | Photographs: April 7, 2015 Special Agent Jackson Prescriptions |
| 107 | | | Special Agent Jennifer Jackson | Video Recording: May 12, 2015 Special Agent Jackson appointment with Fred Turner and Rosetta Cannata |
| 107A | | | Special Agent Jennifer Jackson | Video Transcript: May 12, 2015 Special Agent Jackson appointment with Fred Turner and Rosetta Cannata |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 107B | | | Special Agent Jennifer Jackson | Photographs: May 12, 2015<br>Special Agent Jackson Prescriptions |
| 108 | | | Task Force Officer Wilberto Torres | Audio Recording: January 29, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 108A | | | Task Force Officer Wilberto Torres | Audio Transcript: January 29, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 108B | | | Task Force Officer Wilberto Torres | Photographs: January 29, 2015<br>Task Force Officer Torres Prescriptions |
| 109 | | | Task Force Officer Wilberto Torres | Video Transcript: February 26, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 109A | | | Task Force Officer Wilberto Torres | Video Transcript: February 26, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 109B | | | Task Force Officer Wilberto Torres | Photographs: February 26, 2015<br>Task Force Officer Torres Prescriptions |
| 110 | | | Task Force Officer Wilberto Torres | Video Recording: April 2, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 110A | | | Task Force Officer Wilberto Torres | Video Transcript: April 2, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 110B | | | Task Force Officer Wilberto Torres | Photographs: April 2, 2015<br>Task Force Officer Torres Prescriptions |
| 111 | | | Task Force Officer Wilberto Torres | Audio Recording: May 14, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |
| 111A | | | Task Force Officer Wilberto Torres | Audio Transcript: May 14, 2015<br>Task Force Officer Torres appointment with Fred Turner and Rosetta Cannata |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 111B | | | Task Force Officer Wilberto Torres | Photographs: May 14, 2015<br>Task Force Officer Torres Prescriptions |
| 112 | | | Special Agent Brian Zdrojewski | Video Recording: November 4, 2014<br>Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 112A | | | Special Agent Brian Zdrojewski | Video Transcript: November 4, 2014<br>Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 112B | | | Special Agent Brian Zdrojewski | Photographs: November 4, 2014<br>Special Agent Zdrojewski Prescriptions |
| 113 | | | Special Agent Brian Zdrojewski | Video Recording: February 10, 2015<br>Special Agent Zdrojewski appointment with Fred Turner |
| 113A | | | Special Agent Brian Zdrojewski | Video Transcript: February 10, 2015<br>Special Agent Zdrojewski appointment with Fred Turner |
| 113B | | | Special Agent Brian Zdrojewski | Photographs: February 10, 2015<br>Special Agent Zdrojewski Prescriptions |
| 114 | | | Special Agent Brian Zdrojewski | Video Recording: April 20, 2015<br>Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 114A | | | Special Agent Brian Zdrojewski | Video Transcript: April 20, 2015<br>Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 114B | | | Special Agent Brian Zdrojewski | Photographs: April 20, 2015<br>Special Agent Zdrojewski Prescriptions |
| 115 | | | Special Agent Brian Zdrojewski | Audio Recording: April 21, 2015<br>Special Agent Zdrojewski meeting with Fred Turner |
| 115A | | | Special Agent Brian Zdrojewski | Audio Transcript: April 21, 2015<br>Special Agent Zdrojewski meeting with Fred Turner |

**EXHIBIT LIST - Continuation Sheet**

| | | | | |
|---|---|---|---|---|
| 116 | | | Special Agent Brian Zdrojewski | Audio Recording: June 1, 2015, 11:37 a.m. Special Agent Zdrojewski phone call with Fred Turner |
| 116A | | | Special Agent Brian Zdrojewski | Audio Transcript: June 1, 2015, 11:37 a.m. Special Agent Zdrojewski phone call with Fred Turner |
| 117 | | | Special Agent Brian Zdrojewski | Audio Recording: June 1, 2015, 11:50 a.m. Special Agent Zdrojewski phone call with Fred Turner |
| 117A | | | Special Agent Brian Zdrojewski | Audio Transcript: June 1, 2015, 11:50 a.m. Special Agent Zdrojewski phone call with Fred Turner |
| 118 | | | Special Agent Brian Zdrojewski | Video Recording: June 9, 2015 Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 118A | | | Special Agent Brian Zdrojewski | Video Transcript: June 9, 2015 Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 118B | | | Special Agent Brian Zdrojewski | Photographs: June 9, 2015 Special Agent Zdrojewski Prescriptions |
| 119 | | | Special Agent Brian Zdrojewski | Video Recording: June 17, 2015 Special Agent Zdrojewski meeting with Fred Turner and Rosetta Cannata |
| 119A | | | Special Agent Brian Zdrojewski | Video Transcript: June 17, 2015 Special Agent Zdrojewski meeting with Fred Turner and Rosetta Cannata |
| 119B-119H | | | Special Agent Brian Zdrojewski | Photographs: June 17, 2015 Meeting with Fred Turner and Rosetta Cannata |
| 120 | | | Special Agent Brian Zdrojewski | Video Recording: July 20, 2015 Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 120A | | | Special Agent Brian Zdrojewski | Video Transcript: July 20, 2015 Special Agent Zdrojewski appointment with Fred Turner and Rosetta Cannata |
| 120B | | | Special Agent Brian Zdrojewski | Photographs: July 20, 2015 Special Agent Zdrojewski Prescriptions |

**EXHIBIT LIST - Continuation Sheet**

| | | | | | |
|---|---|---|---|---|---|
| 121 | | | | Special Agent Brian Zdrojewski | Audio Recording: June 29, 2015<br>Special Agent Zdrojewski phone call with Rosetta Cannata |
| 121A | | | | Special Agent Brian Zdrojewski | Audio Transcript: June 29, 2015<br>Special Agent Zdrojewski phone call with Rosetta Cannata |
| **MISCELANNEOUS AUDIO/VIDEO RECORDINGS AND TRANSCRIPTS, AND MISCELANNEOUS PHOTOGRAPHS** | | | | | |
| 122 | | | | Special Agent Michael Gonzalez | Audio Recording: April 28, 2015<br>Task Force Officer Hernandez phone call with Fred Turner |
| 122A | | | | Special Agent Michael Gonzalez | Audio Transcript: April 28, 2015<br>Task Force Officer Hernandez phone call with Fred Turner |
| 124A-124L | | | | Deputy First Class Ron Flipowicz | Photographs: February 26, 2015<br>Traffic Stop of June and Kaci Barnett |
| 125A-125Y | | | | Task Force Officer Wilberto Torres | Photographs: July 23, 2015<br>Search Warrant of 4700 North Habana Avenue, Suite 403<br>Tampa, Florida 33614 |
| 126A-126H | | | | Special Agent Michael Gonzalez | Photographs: July 23, 2015<br>Search Warrant of 223 Duncan Road<br>Punta Gorda, Florida 33982 |
| 127A-127BB | | | | Group Supervisor Mark Meeks | Photographs: July 23, 2015<br>Arrests of Fred Turner and Rosetta Cannata |