## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**
        **Plaintiff,**

**v.**                    **CASE NUMBER:  8:15-CR-264-SDM-AAS-1**

**FRED TURNER and**
**ROSETTE CANNATA,**
        **Defendants.**
_____/

### AMENDED WITNESS LIST OF THE DEFENDANT'S

COMES NOW, the Defendant's, ROSETTE CANNATA and FRED TURNER, by and through the undersigned counsel's, pursuant to the Federal Rules of Criminal Procedure and Federal Statutes, and files this their proposed witness list for the Defendant's for trial:

1. Jerome Cannata

2. James Valenza, MD

3. Patricia Buss

4. Anthony Dirisio

5. Mary Suzanne Hammon

6. Megan Martinek
   (Millennium Health, San Diego, California)

7. Matt Bowes

8. Stephanie De La Torres

9. Julie Carrier

10. File Recoup, Inc.
    Point of Contact (Account Manager): Alan Cooper 800-761-0405 x263

11. All witnesses included on Government's Witness List.

12.     Any and all witnesses, either lay or expert, named by any party in this action.

13.     Defendant reserves the right to supplement this witness list with additional expert or lay witnesses identified through further investigation and/or discovery as it sees necessary.

14.     Rebuttal Witnesses.

Respectfully Submitted,

/S/ *Alex R. Stavrou, Esquire*
ALEX R. STAVROU, ESQUIRE
300 South Hyde Park Avenue
Suite 180
Tampa, Florida 33606
Phone: 813-251-1289x1
alex@alexstavrou.com
Attorney for Defendant Turner

/S/ *Mark E. Pena*
MARK E. PENA ESQUIRE
4230 So. MacDill Avenue, Suite I
Tampa, Florida 33611
Phone:     813-251-1289
Fax :        813-831-1143
Fl Bar No.:  6254
Attorney for the Defendant Cannata
lpena001@tampabay.rr.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Continue was filed with the Clerk of the Court and was sent via U.S. Mail and ECM to the Assistant United States Attorney, Mr. Gammons, Esquire, on this 9th day of July, 2017.

/S/ ***Mark E. Pena***
MARK E. PENA ESQUIRE
4230 So. MacDill Avenue, Suite I
Tampa, Florida 33611
Phone:     813-251-1289
Fax :       813-831-1143
Fl Bar No.:  6254
Attorney for the Defendant Cannata
lpena001@tampabay.rr.com

Served on:
Mr. Gammons, Esquire
Alex Stavrou, Esquire
Patrick LeDuc, Esquire
Mark Pena, Esquire