**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**Plaintiff(s),
Government**  *United States of America*  __x__

**v.**

Case No: *8:15-CR-264T-23EAJ*

**Defendant(s),**  *FRED JOSEPH TURNER
and
ROSETTA VALERIE CANNATA*

__X__ **Evidentiary Trial**
____ **Other**

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| One | | | Jerome Cannata | *Soap Notes and urine test results for the 17 patients named by the Government* |
| Two | | | Jerome Cannata | *Copies of the Patient charts for the 17 patients named by the government* |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number: *8:15-CR-264T-23EAJ*                    Page *One* of *One* Pages

## EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|

|  |  |  |  |  |
|--|--|--|--|--|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |