# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:15-cr-264-T-23AAS | **DATE:** July 10, 2017 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM** 15A |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FRED JOSEPH TURNER**<br>**ROSETTA VALERIE CANNATA** | **PLAINTIFF'S COUNSEL**: Carlton Gammons, AUSA<br>Taylor Stout, AUSA |
| | **DEFENSE COUNSEL:** Alex Stavrou, retained<br>Patrick Leduc<br>Mark Pena |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Sara Behnke |
| **INTERPRETER**: n/a | |
| **TIME:** 1:30 p.m.–3:52 p.m., 4:17 p.m.–7:23 p.m. | **TOTAL:** 5 hours and 28 minutes |

**PROCEEDINGS:   DAY ONE: JURY SELECTION**

▸   Voir dire

▸   Sixteen jurors selected

▸   The jury is excused for the day.

▸   The court addresses motions (Docs. 93, 126) in limine and takes them under advisement.

▸   Court is adjourned.

▸   The trial will resume on Tuesday, July 11, 2017 at 9:00 a.m.