UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.** 8:15-cr-264-T-23AAS | **DATE:** July 19, 2017 |
|---|---|
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM 15A** |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FRED JOSEPH TURNER**<br>**ROSETTA VALERIE CANNATA** | **PLAINTIFF'S COUNSEL**: Carlton Gammons, AUSA<br>Taylor Stout, AUSA<br><br>**DEFENSE COUNSEL:** Alex Stavrou, retained<br>Patrick Leduc, retained<br>Mark Pena, retained |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Sara Behnke |
| **INTERPRETER**: n/a | |
| **TIME:** 9:30 a.m.–10:22 a.m., 10:56 a.m.–11:23 a.m., 12:47 p.m.–2:55 p.m., 3:15 p.m.–4:49 p.m., 5:46 p.m.–5:50 p.m. | **TOTAL:** 5 hours, 6 minutes |

**PROCEEDINGS:    DAY EIGHT: JURY TRIAL**

- Alex Stavrou continues direct examination of Dr. Fred Turner.

- The United States cross-examines Dr. Fred Turner.

- Alex Stavrou re-directs examination of Dr. Fred Turner.

- The defense (Alex Stavrou) rests.

- The United States has no further witnesses in rebuttal and rests.

- The defense (Alex Stavrou) renews the previous motion for mistrial and Daubert motion.

- The defense (Mark Pena) renews previous motions for mistrial and limine.

- The court persists in its rulings and all of the motions are denied.

- The jury is instructed.

- Closing argument for the United States

- Closing argument for the defense (Mark Pena).

- Closing argument for the defense (Patrick Leduc).

- The United States' rebuttal.

- The jury is excused to the jury room for deliberations.

- The jury recesses for the day and court is adjourned.

- The jury will resume deliberations on Thursday, July 19, 2017 at 9:00 a.m.