UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:15-cr-264-T-23AAS | **DATE:** July 20, 2017 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM 15A** |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FRED JOSEPH TURNER**<br>**ROSETTA VALERIE CANNATA** | **PLAINTIFF'S COUNSEL**: Carlton Gammons, AUSA<br>Taylor Stout, AUSA<br><br>**DEFENSE COUNSEL:** Alex Stavrou, retained<br>Patrick Leduc, retained<br>Mark Pena, retained |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Sara Behnke |
| **INTERPRETER**: n/a | |
| **TIME:** 4:15 p.m.–4:30 p.m. | **TOTAL:** 15 minutes |

**PROCEEDINGS:**   DAY NINE: JURY TRIAL

▸ The jury enters the courtroom

▸ The court announces the verdict.

▸ The jury panel is polled.

▸ The United States requests immediate detention of both defendants.

▸ The defense responds.

▸ The court remands both defendants to the custody of the U.S. Marshal to await sentencing.

▸ The jury is discharged.

▸ Court is adjourned.