UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO. 8:15-cr-264-T-23AAS

ROSETTA VALERIE CANNATA
_____/

## VERDICT

We, the Jury, find the defendant **ROSETTA VALERIE CANNATA**:

**As to Count One**
**(conspiracy to distribute or dispense or**
**causing the distributing or dispensing of**
**Oxycodone, Hydromorphone, Morphine, or Hydrocodone)**

_____ NOT GUILTY

___X___ GUILTY

If you found the defendant "GUILTY" of the offense charged in Count One, respond to the following inquiry regarding the type of controlled substance and then proceed to Count Two. If you found the defendant "NOT GUILTY" of the offense charged in Count One, proceed to Count Two.

We, the jury, find unanimously and beyond a reasonable doubt that the defendant conspired to distribute or dispense or caused the distributing or dispensing of the following:

| | | |
|---|---|---|
| Oxycodone | No _____ | Yes __X__ |
| Hydromorphone | No _____ | Yes __X__ |
| Morphine | No _____ | Yes __X__ |
| Hydrocodone | No _____ | Yes __X__ |

### As to Count Two
### (distributing or dispensing or causing the distributing or dispensing of Hydrocodone)

_____ NOT GUILTY

__X__ GUILTY

### As to Count Three
### (distributing or dispensing or causing the distributing or dispensing of Oxycodone)

_____ NOT GUILTY

__X__ GUILTY

### As to Count Four
### (distributing or dispensing or causing the distributing or dispensing of Morphine)

_____ NOT GUILTY

__X__ GUILTY

## As to Count Five
### (distributing or dispensing or causing the distributing or dispensing of Oxycodone or Hydromorphone)

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

If you found the defendant "GUILTY" of the offense charged in Count Five, respond to the following inquiry regarding the type of controlled substance and then proceed to Count Six. If you found the defendant "NOT GUILTY" of the offense charged in Count Five, proceed to Count Six.

We, the jury, find unanimously and beyond a reasonable doubt that the defendant conspired to distribute or dispense or caused the distributing or dispensing of the following:

| | | |
|---|---|---|
| Oxycodone | No \_\_\_\_\_ | Yes  X |
| Hydromorphone | No \_\_\_\_\_ | Yes  X |

## As to Count Six
### (to bring or attempt to bring a person to the United States, knowing that the person was an alien, at a place other than as designated by the Secretary of Homeland Security)

_____ NOT GUILTY

\_\_\_X\_\_\_ GUILTY

SO SAY WE ALL.

_Melissa Jenkins_
Foreperson

Dated: _July 20_, 2017

*United States v. Rosetta Valerie Cannata*
8:15-cr-264-T-23AAS
Verdict, Page 3 of 3